IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. Civil Action No. 06-cv-00927-WYD-MJW

**UNITED STATES OF AMERICA,**
**ex rel. RONALD C. PHILLIPS,**

Plaintiff,

vs.

**FRONT RANGE HOME IMPROVEMENTS, LTD., a Colorado corporation;**
**FRONT RANGE CONSTRUCTION & RESTORATION, INC., a Wyoming corporation;**
**PHILLIP LOW;**
**GEORGE J. VAN TRUMP;**

Defendants.

---

### FILED UNDER SEAL
### ORDER

---

Upon consideration of the Relator's Motion for Leave to File Amended Complaint Pursuant to F.R.C.P. 15(a), and good causing appearing, it is hereby

ORDERED that the Motion for leave to file Amended Complaint is granted.

Dated: September 12, 2007

_____
United States District Judge