IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00927-WYD-MJW

UNITED STATES OF AMERICA,
<u>ex rel</u>. RONALD C. PHILLIPS,

Plaintiff(s),

v.

FRONT RANGE HOME IMPROVEMENTS, LTD, et al.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Motion to Quash Subpoena in a Civil Case, which was filed by the Custodian of Records for the Colorado Department of Labor and Employment, Division of Employment and Training **(Docket No. 50)**, and to which no opposition was filed and thus the motion is deemed confessed, is **granted**. Accordingly, the defendants' subpoena for the complete unemployment compensation file for Ronald Clayton Phillips is hereby quashed.

Date: April 22, 2008