*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLORADO*

Civil Action No. 06-cv-00927-WYD-MJW

UNITED STATES OF AMERICA,
Ex rel. RONALD C. PHILLIPS,

     Plaintiff,

vs.

FRONT RANGE HOME IMPROVEMENTS, LTD.,
a Colorado corporation; FRONT RANGE CONSTRUCTION
& RESTORATION, INC., a Wyoming corporation;
PHILLIP LOW; an individual; and GEORGE J. VAN TRUMP,
an individual,

     Defendants.

---

*PROTECTIVE ORDER* ( Docket no. 69 )

---

**THIS MATTER** comes before the Court on the Defendants' Motion for Protective Order

Regarding the Dissemination of Documents and Information. The Court having reviewed

Defendants' Motion, ~~any~~ Response and ~~Reply~~, the Court's file, and believing itself fully advised,

**HEREBY ORDERS** that:

1.     This Protective Order shall govern the dissemination of documents and any other

information provided by Defendants to Plaintiff Ronald C. Phillips ("Phillips") in Response to

Phillips' Request for Production of Documents No. 6, including all copies, excerpts, and

summaries of any such documents or information (collectively, "Defendants' Material").

Defendants' Material consists of one (1) or more compact disk(s) containing communications

regarding the residential renovation

construction project at the F.E. Warren Air Force Base in Cheyenne, Wyoming that took place from 2005 to 2007.

2. Defendants' Material provided to Phillips in Response to Phillips' Request for Production No. 6 shall be maintained in confidence by Phillips, his agents and assigns, and Phillips, his agents and assigns, shall not provide, disclose, discuss, or otherwise disseminate the Defendants' Material except to:

      a. the Court and its officers;

      b. counsel, whether retained counsel or in-house counsel;

      c. employees of counsel;

      d. the parties; and

      e. third parties engaged by counsel or the parties to assist in this litigation, provided that any such party has signed an undertaking in the form of *Exhibit A* attached hereto.

3. Defendants' Material shall be used by Phillips, his agents, and assigns, solely for the prosecution and defense of the claims and defenses in this action and shall not be used for any business, commercial, competitive, personal, or other purpose, except in response to a court order, an order of an administrative tribunal, subpoena, or search warrant. Phillips will notify Defendants, or their counsel of record, of receipt of such orders, subpoenas, or warrants within five (5) business days of receiving the same.

4. At the final conclusion of this case (including exhaustion of appeals), Defendants' Material, and all copies thereof, shall be returned to Defendants, or, at the option of Defendants,

2

Phillips may destroy Defendants' Material and have his counsel certify in writing that Defendants' Material has been destroyed.

5.    Phillips must move the Court for permission to file any document which addresses, summarizes, or attaches Defendants' Material. Defendants' Material shall not be filed in the public record of this action. Defendants' Material that is filed with the Court shall be filed under seal pursuant to the Federal Rules of Civil Procedure and the Local Rules for the U.S. District Court for the District of Colorado.

6.    This Protective Order shall remain in force and effect after the termination of this litigation, or until canceled or otherwise modified by Order of this Court.

DATED this 18ᵗʰ day of ____June____, 2008

**BY THE COURT:**

~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00927-WYD-MJW

UNITED STATES OF AMERICA,
Ex rel. RONALD C. PHILLIPS,

     Plaintiff,

vs.

FRONT RANGE HOME IMPROVEMENTS, LTD.,
a Colorado corporation; FRONT RANGE CONSTRUCTION
& RESTORATION, INC. a Wyoming corporation;
PHILLIP LOW; an individual; and GEORGE J. VAN TRUMP,
an individual,

     Defendants.

---

### *UNDERTAKING CONCERNING PROTECTIVE ORDER REGARDING THE DISSEMINATION OF DOCUMENTS AND INFORMATION*

---

The undersigned hereby acknowledges that he/she has read the Protective Order dated

_____, 2008 and entered in the above-captioned action, that he/she understands the terms

thereof, and that he/she agrees to be bound by such terms.


_____          _____
Date                                 Signature


                                               _____
                                               Name (Printed)


### *EXHIBIT A*