IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00927-WYD-MJW

UNITED STATES OF AMERICA,
<u>ex rel</u>. RONALD C. PHILLIPS,

Plaintiff(s),

v.

FRONT RANGE HOME IMPROVEMENTS, LTD, et al.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby **ORDERED** that the Stipulation for Modification of Protective Order, filed with the Court on July 7, 2008, DN 73, is GRANTED and the tendered Modification to Protective Order is entered as an order of the court.

Date: July 11, 2008