IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00927-WYD-MJW

UNITED STATES OF AMERICA,
ex rel. RONALD C. PHILLIPS,

Plaintiff,

vs.

FRONT RANGE HOME IMPROVEMENTS, LTD., a Colorado corporation; et al.,

Defendants.

## MODIFICATION TO PROTECTIVE ORDER

THIS MATTER comes before the Court on the Parties' Stipulation for Modification of the Protective Order Regarding the Dissemination of Documents and Information. The Court having reviewed the Parties' Stipulation,

HEREBY ORDERS that:

The Protective Order issued effective June 18, 2008 is modified to add a new subsection to paragraph 2 as follows:

      f.    or a witness in a deposition or a witness at trial.

Except as modified herein the Protective Order shall remain in force and effect.

DATED THIS 11TH DAY OF JULY, 2008.

      **BY THE COURT:**

      s/Michael J. Watanabe
      _____
      MICHAEL J. WATANABE
      U.S. MAGISTRATE JUDGE
      DISTRICT OF COLORADO