IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00927-WYD-MJW

UNITED STATES OF AMERICA,
ex rel. RONALD C. PHILLIPS,

Plaintiff(s),

v.

FRONT RANGE HOME IMPROVEMENTS, LTD, et al.,

Defendant(s).

---

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Defendants' Request for Leave of Court to Supplement, filed with the Court on August 29, 2008, is GRANTED.

Date: September 2, 2008