IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00927-WYD-MJW

UNITED STATES OF AMERICA,
ex rel. RONALD C. PHILLIPS,

Plaintiff(s),

v.

FRONT RANGE HOME IMPROVEMENTS, LTD, et al.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Motion to Quash Subpoena in a Civil Case (Docket No. 79) is **denied** substantially for the reasons stated in Defendants' Response (Docket No. 82) and based upon this court's application of the Martinelli balancing process. Martinelli v. District Court, 612 P.2d 1083, 1088-89 (Colo. 1980). Under the circumstances presented here, an *in camera* examination of the materials is not necessary. The materials sought include plaintiff's answers to questions on his Claim for Unemployment Insurance Benefits form and his weekly reports regarding his employment and income. As correctly asserted by defendants, those responses are not highly personal and sensitive. Furthermore, under the circumstances here, this court agrees with defendants that the materials sought do not raise the confidentiality interests for which the statute and the privacy policies were enacted. The movant shall disclose the requested records, and if deemed necessary, such disclosure may be made subject to a stipulated protective order that limits the disclosure of the records to the litigants in this action.

Date: September 12, 2008