IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00927-WYD-MJW

UNITED STATES OF AMERICA,
<u>ex rel.</u> RONALD C. PHILLIPS

      Plaintiff(s),

v.

FRONT RANGE HOME IMPROVEMENTS, LTD., a Colorado corporation;
FRONT RANGE CONSTRUCTION & RESTORATION, INC., a Wyoming corporation;
PHILLIP LOW;
GEORGE J. VAN TRUMP;
TOLTEST, INC., an Ohio corporation; and
ABBA BONDING,

      Defendant(s).

---

## ORDER

---

      The parties have filed a Stipulation for Dismissal with Prejudice (docket #98).

After a careful review of the Stipulation and the file, the Court concludes that the case

should be dismissed with prejudice.  Accordingly, it is

      ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay

their own costs and attorney's fees.

      Dated:  November 25, 2008

                      BY THE COURT:


                      <u>s/ Wiley Y. Daniel</u>
                      Wiley Y. Daniel
                      Chief U. S. District Judge