IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00927-WYD-MJW

UNITED STATES OF AMERICA,
ex rel. RONALD C. PHILLIPS

    Plaintiff(s),

v.

FRONT RANGE HOME IMPROVEMENTS, LTD., a Colorado corporation;
FRONT RANGE CONSTRUCTION & RESTORATION, INC., a Wyoming corporation;
PHILLIP LOW;
GEORGE J. VAN TRUMP;
TOLTEST, INC., an Ohio corporation; and
ABBA BONDING,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Untied States' (unopposed) Motion for Leave to File a Statement of Interest and Clarify Judgment [#102], filed December 2, 2008, is **GRANTED** as to the United States' request to file the Statement of Interest accompanying [#102].

    Dated: December 3, 2008