IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00927-WYD-MJW

UNITED STATES OF AMERICA,
ex rel. RONALD C. PHILLIPS

    Plaintiff(s),

v.

FRONT RANGE HOME IMPROVEMENTS, LTD., a Colorado corporation;
FRONT RANGE CONSTRUCTION & RESTORATION, INC., a Wyoming corporation;
PHILLIP LOW;
GEORGE J. VAN TRUMP;
TOLTEST, INC., an Ohio corporation; and
ABBA BONDING,

    Defendant(s).

## AMENDED ORDER OF DISMISSAL

Upon review of the parties' Stipulation for Dismissal with Prejudice (docket #98), filed November 21, 2008, the United States' Consent to Parties' Stipulation for Dismissal With Prejudice (docket #99), filed November 21, 2008, and the United States' Statement of Interest (docket #104), filed December 3, 2008, the has Court concluded that the case should be dismissed with prejudice as to the Relator, Ronald C. Phillips, and dismissed without prejudice as to the United States of America. Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, as to the Realtor Ronald C. Phillips, and **DISMISSED WITHOUT PREJUDICE** as to the United States of America, each party to pay their own costs and attorney's fees.

Dated: December 8, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge